Ole K. NILSSEN and Geo Foundation, Ltd., Plaintiffs–Appellees,

v.

UNIVERSAL LIGHTING TECHNOLOGIES, INC., Defendant–Appellant.

No. 2009–1268.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2009.

Paul M. Smith, Jenner & Block LLP, Washington, DC, David R. Bennett, Jonathan Hill, Jenner & Block LLP, Chicago, IL, for Plaintiffs–Appellees.

Mark J. Patterson, Waddey & Patterson, Nashville, TN, for Defendant–Appellant.

*ORDER*

ON MOTION

Upon consideration of the consent motion to voluntarily dismiss this appeal from *Nilssen v. Universal Lighting,* no. 3:04–CV–0080, 2006 WL 38909 (M.D.Tenn. 2006),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.